RECEIVED
SEP 0 2 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 9-21-05

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | |
|---|---|
| WILFRED WAYNE CLARK | CIVIL ACTION NO. 05-1085-LO |
| VS. | SECTION P |
| BURL CAIN, WARDEN | JUDGE MELANÇON |
| | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** as barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 20 day of September, 2005.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE