
RECEIVED
DEC 1 3 2005

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

Wilfred Wayne Clark

versus

Warden Burl Cain

Civil Action No. 05-1085

Judge Tucker L. Melançon

Magistrate Judge Methvin

## CERTIFICATE AS TO APPEALABILITY

A notice of appeal having been filed in the above captioned habeas corpus case in which the detention complained of arises out of process issued by a state court, this Court, considering the record in this case and the requirements of Federal Rule of Appellate Procedure 22(b), hereby finds that a certificate of appealability should not issue for the following reasons:

Adopting the analysis contained in the Report and Recommendation of the Magistrate Judge entered on September 02, 2005 [Rec. Doc. 5] and entered as a final judgment on October 25, 2005 [Rec. Doc. 12], this Court finds that there is no basis in law or fact as demonstrated by this record that petitioner is entitled to the relief he seeks.

Thus done and signed this 13th day of December, 2005 at Lafayette, Louisiana.

Tucker L. Melançon
United States District Judge