# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

Wilfred W. Clark                                    Civil Action No. 6:05-CV-1085

versus                                               Judge Tucker L. Melançon

Burl Cain, Warden                                  Magistrate Judge Methvin

## JUDGMENT

The Court acknowledges receipt of the United States Fifth Circuit Court of Appeals opinion regarding the Court's October 25, 2005 Order [Rec. Doc. 12] in this matter. After an independent review of the record, including the petitioner's objections filed herein, the Court determines that no hearing is necessary to resolve this matter. Accordingly,

**IT IS ORDERED** that the Judgment of this Court filed on October 25, 2005 that was set aside is RE-ENTERED, as follows:

That this Petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. § 2244(d), and alternatively, because petitioner's claims that there was insufficient evidence to support his conviction and that the trial court erred when it allowed the state to present "other crimes" evidence are procedurally defaulted and petitioner's claim that his sentence was unconstitutionally excessive is clearly merit less.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 25th day of April, 2006.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE